**Order entered May 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00437-CV

### IN RE JIMMY JOHNSON, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER

Before Justices Francis, Myers and Schenck

Before the Court are relator's "Amended Motion to Transfer Venue, " "Amended Motion to Retained," and motion for permission to file an amended notice of appeal and restricted appeal. We **DENY** relator's motions.

By order dated May 4, 2015, the Court denied relator's "Amended Motion for Findings of Fact and Conclusions of Law." By order dated May 7, 2015, the Court denied relator's "Amended Motion to File for a Mandate." The deadline for seeking reconsideration of the court's action on relator's petition for writ of mandamus expired on April 30, 2015. *See* TEX. R. APP. P. 52.9 (motion for rehearing may be filed within 15 days after final order is rendered determining petition for writ of mandamus). We will take no action on any further motions filed in this proceeding.

/s/    MOLLY FRANCIS
       JUSTICE